UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Mark Dana Duffy, Jr.  CASE NO.: 14-
Melissa L. Duffy

## CHAPTER 13 PLAN

**I.** Debtor proposes to pay by payroll deduction into the Chapter 13 Plan monthly payments of $4,985 for sixty (60) months.

**II.** Claims to be paid directly by debtor.  **Estimated Balance Due**  **Monthly Payment**
**Ocwen Loan Servicing**  $184,433.00  $1,240.00
collateral - House and 1 lot located at 1436 Lake Vernon Road Leesville, LA

**III.** Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800.00. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

**1. Personal Property:**

Navy Federal Credit Union: collateral - 2005 Dodge Ram 2500; estimated secured claim of $10,200 to be paid with interest at 6%. As adequate protection, the creditor, Navy Federal Credit Union, shall be paid $25 per month until the debtor's attorney fees are paid in full.

The Vernon Bank: collateral - 2008 Harley Davidson and 2005 Dodge Caravan; estimated secured claim of $21,500 to be paid with interest at 6%. As adequate protection, the creditor, The Vernon Bank, shall be paid $25 per month until the debtor's attorney fees are paid in full.

Tower Loan: collateral - HHG; estimated secured claim of $3,450 to be paid with interest at 6%. As adequate protection, the creditor, Tower Loan, shall be paid $25 per month until the debtor's attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

*Slm Financial Corp  $3,241.00

**The Slm Financial Corp will receive as much as possible through the life of the plan and the balance will survive discharge.

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 100% of the claims.

Respectfully submitted this 24th day of October, 2014.

McBride Law Firm

/s/Thomas C. McBride
By: Thomas C. McBride (#09210)
    Kathryn A. Wiley (#33672)
    Thomas C. McBride, LLC
    McBride Law Firm
    301 Jackson Street, Suite 101
    Alexandria, LA 71301
    Telephone (318) 445-8800
    Facsimile (318) 445-8066